SCWC-30008

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent-Plaintiff-Appellee,

vs.

DAVID ISAO KEAO, Petitioner-Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 08-1-1778)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, J., for the court[1])

Petitioner-Defendant-Appellant's application for writ

of certiorari filed on November 24, 2010, is hereby rejected.

DATED:  Honolulu, Hawai'i, December 23, 2010.

FOR THE COURT:

/s/ Paula A. Nakayama

Associate Justice

Daphne E. Barbee for
petitioner on the application

Donn Fudo, Deputy Prosecuting
Attorney, for respondent on
the response

---

[1]Considered by:  Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Crandall, assigned by reason of vacancy.